IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BARBARA FOWLER individually, and on behalf of a group of similarly situated individuals,

        Plaintiff,

   v.

UPMC SHADYSIDE, UPMC doing business as UNIVERSITY OF PITTSBURGH MEDICAL CENTER,

        Defendant.

07cv0807

**ELECTRONICALLY FILED**

## ORDER OF COURT

And now, this 19th day of October, 2007, for the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ordered that defendant's motion to dismiss (doc. no. 4) is GRANTED.  This case is dismissed with prejudice.  The clerk shall mark the docket closed.

     s/ Arthur J. Schwab
     Arthur J. Schwab
     United States District Judge

cc:   All Registered ECF Counsel and Parties