**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

BARBARA FOWLER,

    Plaintiff,

v.	Civil Action Number: 07-807

UPMC SHADYSIDE, UPMC d/b/a
UNIVERSITY OF PITTSBURGH MEDICAL
CENTER,

    Defendant.

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the voluntary dismissal with prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear his or its own attorney fees and court costs.

Respectfully submitted,

| MORGAN & PAUL, PLLC | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP |
|---|---|
| */s/ Gregory G. Paul* | */s/ Eric P. Reif* |
| GREGORY G. PAUL, ESQUIRE | ERIC P. REIF, ESQUIRE |
| PA ID Number:  83334 | PA ID Number:  00194 |
| 409 Broad Street | PAMELA G. COCHENOUR, ESQUIRE |
| Suite 270 | PA ID Number:  47761 |
| Sewickley, PA 15143 | One Oxford Centre |
| Telephone:  (412) 259-8375 | 38th Floor |
| Fax:  (888) 822-9421 | Pittsburgh, PA  15219 |
| Email:  gregpaul@morgan-paul.com | Telephone:  (412) 263-2000 |
| | Facsimile:  (412) 263-2001 |
| | Email:  epr@pietragallo.com |